AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 01, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| NATASHA NEUHARDT ORDONEZ<br>*Plaintiff*<br>v.<br>KRISTI NOEM, KIKA SCOTT, SUSAN DIBBINS, and KENNETH D. BAWDEN JR.<br>*Defendant* | Civil Action No. 2:24-CV-344-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 14, is GRANTED. Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice.
Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE

Date: 8/1/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham